Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
ENTERED
October 20, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: **4:26-cr-677** |
| v. | § | |
| | § | FILED UNDER SEAL |
| SHEMERRYLYN REGINA FIELDS | § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A CRIMINAL INDICTMENT has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

SHEMERRYLYN REGINA FIELDS

- [x] DETENTION
- [ ] RELEASED ON CONDITIONS
- [ ] APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on October 20, 2026.

Peter Bray

UNITED STATES MAGISTRATE JUDGE